MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street Suite 340S
Oakland, California 94612
Telephone: (510) 637-3701
FAX: (510) 637-3724
Email: stephen.corrigan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-70017 MAG |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO CONTINUE APPEARANCE |
| ) | DATE AND EXCLUDING TIME UNDER |
| DARIUS WILLIAM L. CHUNG, ) | THE SPEEDY TRIAL ACT |
| Defendant. ) | |

The parties, through counsel of record, stipulate to a continuance of the court appearance scheduled for March 7, 2012, at 9:30 a.m. before Honorable Laurel Beeler to March 23, 2012, at 9:30 a.m. before Honorable Donna M. Ryu.   The continuance is requested to allow counsel for defendant and the government the time necessary for effective preparation.

All parties agreed that an exclusion of time from the Speedy Trial Act was appropriate from March 7, 2012, to March 23, 2012, to allow counsel for defendant and the government the

////

////

STIPULATION AND [PROPOSED] ORDER
CONTINUANCE APPEARANCE DATE
CR 12-00047 PJH   4-12-70017 MAG

1   time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

2   SO STIPULATED.

4   DATED: March 7, 2012                    Respectfully submitted,

5                                           MELINDA HAAG
                                            United States Attorney

7                                                   /s/
                                            STEPHEN G. CORRIGAN
8                                           Assistant United States Attorney

10  DATED: March 7, 2012                            /s/
                                            AUSTIN M. THOMPSON
                                            Counsel for Darius William Li Chung

## ORDER

IT IS HEREBY ORDERED that the matter is continued from March 7, 2012, at 9:30 a.m. to March 23, 2012, at 9:30 a.m. before U.S. Magistrate Judge Donna M. Ryu.

Based upon the representation of counsel and for good cause shown, the Court finds that the ends of justice served by excluding the time between March 7, 2012, and March 23, 2012, from computation under the Speedy Trial Act outweighs the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that failing to exclude time would unreasonably deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, IT IS FURTHER ORDERED that the time between March 7, 2012, and March 23, 2012, shall be excluded from computation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: March 7, 2012

LAUREL BEELER
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUANCE APPEARANCE DATE
~~CR 12-00047 PJH~~  4-12-70017 MAG            2