MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3701
   FAX: (510) 637-3724
   Email: stephen.corrigan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 4:12-MJ-70017 DMR |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE APPEARANCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| DARIUS WILLIAM LI CHUNG, | ) | |
| Defendant. | ) | |

    The parties, through counsel of record, stipulate and agree to continue the March 23, 2012, 9:30 a.m. appearance of defendant Chung before this court to April 25, 2012, at 9:30 a.m. The continuance is requested to provide additional time for the Rule 20 transfer of the case filed

//
//
//
//
//

STIPULATION AND [~~PROPOSED~~] ORDER
CONTINUANCE APPEARANCE DATE
CR 12-70017 DMR

1 | in the Northern District of Alabama to this District.

3 | **SO STIPULATED.**

5 | DATED: March 29, 2012                    Respectfully submitted,

6 |                                          MELINDA HAAG
  |                                          United States Attorney

8 |                                          ___/s/_____
  |                                          STEPHEN G. CORRIGAN
9 |                                          Assistant United States Attorney

11 | DATED: March 29, 2012                   ___/s/_____
   |                                         AUSTIN M. THOMPSON
12 |                                         Counsel for Darius William Li Chung

15 | **SO ORDERED.**

17 | DATED: March  29 , 2012                 _____
   |                                         DONNA M. RYU
18 |                                         United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CONTINUANCE APPEARANCE DATE
CR 12-70017 DMR                              2